AMERICAN TYPE FOUNDERS' CO. v. DAMON & PEETS.

(Circuit Court, S. D. New York.  November 10, 1905.)

No. 9,030.

PATENTS—DESIGNS—INVENTION.

The Kimball design patent, No. 36,905, for a design for a font of type, is void for lack of patentable invention, and because it shows no such peculiar configuration or ornamentation as to authorize a design patent.

In Equity. Suit for infringement of letters patent No. 36,905, for a design for a font of type, granted to Ingalls Kimball May 3, 1904. On demurrer to bill.

Louis W. Southgate and Charles De Hart Brower, for complainant.

Frederick S. Stitt (William S. Hodges, of counsel), for defend-ants.

HOLT, District Judge. In my opinion, the patent in this case is void, because it shows no patentable invention, and because it shows no such peculiar configuration or ornamentation in the type as would authorize a design patent.

The demurrer is sustained, with costs.